THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:  thomasburke@dwt.com

Attorneys for Plaintiffs
THE INTERCEPT and LEE FANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE INTERCEPT and LEE FANG,<br><br>                  Plaintiffs,<br><br>       v.<br><br>DEPARTMENT OF DEFENSE; SECURITIES AND EXCHANGE COMMISSION; DEPARTMENT OF HOMELAND SECURITY; OFFICE OF MANAGEMENT AND BUDGET; DEPARTMENT OF TRANSPORTATION; DEPARTMENT OF HEALTH AND HUMAN SERVICES; INTERNAL REVENUE SERVICE; and, DEPARTMENT OF TREASURY,<br><br>                  Defendants. | Case No. 3:20-cv-07739<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 et seq.** |

Plaintiffs The Intercept and Lee Fang (collectively "Plaintiffs"), by their undersigned attorneys, allege as follows:

**INTRODUCTION**

1. The Intergovernmental Personnel Act ("IPA") is designed to allow federal agencies to operate in a more efficient and productive manner.[1]  Using the procedures of the IPA, assignments to or from state and local governments, institutions of higher education, Indian tribal governments and other eligible organizations are intended to facilitate cooperation between the federal Government and the non-federal entity through the temporary assignment of skilled personnel.  These assignments allow civilian employees of federal agencies to serve with eligible non-Federal organizations for a limited period.  Starting on June 29, 2020, The Intercept Investigative Reporter Lee Fang made FOIA requests to nine governmental agencies requesting information on officials hired through the IPA program.  More than four months after Plaintiffs made its FOIA Requests, no responsive documents have been produced.

2. Plaintiffs bring this action under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.*, as amended ("FOIA"), to enjoin the Department of Defense, the Securities and Exchange Commission, the Department of Homeland Security, the Office of Management and Budget, the Department of Transportation, the Department of Health and Human Services, the Department of Treasury, and the Internal Revenue Service, from continuing to improperly withhold agency records that are responsive to the FOIA requests Plaintiffs sent starting in June 2020 (the "FOIA Requests').  This FOIA action is necessary because Defendants continue to withhold responsive records since Plaintiffs made the FOIA Requests over four months ago, a constructive denial of the FOIA Requests.

3. The Freedom of Information Act "focuses on the citizens' right to be informed about 'what their government is up to,'" by requiring the release of "[o]fficial information that sheds light on an agency's performance of its statutory duties." *DOJ v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 750, 773 (1989) (citation omitted).  "[D]isclosure, not

---

[1] *See* https://www.opm.gov/policy-data-oversight/hiring-information/intergovernment-personnel-act/#url=Provisions

DAVIS WRIGHT TREMAINE LLP

secrecy, is the dominant objective" of FOIA.  *Dept't of Interior v. Klamath Water Users Protective Ass'n*, 532 U.S. 1, 8, (2001) (internal quotation marks and citations omitted).  Intercept plays a critical role in providing information to citizens about "what their government is up to."  Indeed, the First Amendment's guarantee of freedom of the press is meant to enable journalists to play an "essential role in our democracy," to "bare the secrets of government and inform the people." *New York Times. Co. v. United States*, 403 U.S. 713, 717 (1971) (Black, J. concurring).

4. Through its FOIA Requests, Plaintiffs seek to shine a public light on information about the Defendants' use of personnel under the IPA.

## PARTIES

5. Plaintiff The Intercept is an award winning news organization.  Its in-depth investigations focus on politics, war, surveillance, corruption, the environment, technology, criminal justice, and the media.  It gives its journalist the editorial freedom and legal support to expose corruption and injustice.  EBay founder and philanthropist Pierre Omidyar continues to support The Intercept through First Look Media Works, a nonprofit organization.[2]

6. Plaintiff Lee Fang is a resident and citizen of the state of California and an investigative reporter who works for The Intercept from an office in San Francisco, California.

7. Defendant Department of Defense is a component of the Executive Branch of the United States Government.

8. Defendant Securities and Exchange Commission is a component of the Executive Branch of the United States Government.

9. Defendant Department of Homeland Security is a component of the Executive Branch of the United States Government.

10. Defendant Office of Management and Budget is a component of the Executive Branch of the United States Government.

11. Defendant Department of Transportation is a component of the Executive Branch of the United States Government.

---

[2] See https://theintercept.com/about/

12. Defendant Department of Health and Human Services is a component of the Executive Branch of the United States Government.

13. Defendant Department of Treasury is a component of the Executive Branch of the United States Government.

14. Defendant Department of Internal Revenue Service is a component of the Executive Branch of the United States Government, and a division of the Department of Treasury.

15. Defendants are each an "agency" within the meaning of 5 U.S.C. § 552(f).

16. Plaintiffs are informed and believe that each Defendant has possession and control of the records sought by the FOIA Request.

## JURISDICTION

17. This Court has subject-matter jurisdiction over this action and personal jurisdiction over the parties under 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 701-706, and 28 U.S.C. § 1331.

## VENUE

18. Venue in the Northern District of California is proper under 5 U.S.C. § 552(a)(4)(B) as Mr. Fang's work for The Intercept and his FOIA Requests to the Defendants occurred in San Francisco County. For the same reason, venue also is proper under 28 U.S.C. § 1391(e).

19. Assignment to the San Francisco Division is proper under Civil Local Rule 3-2(c) and (d) because Mr. Fang's work for The Intercept and his FOIA Requests to Defendants occurred in San Francisco County, within this District.

## FACTS

20. Mr. Fang, while employed as an investigative reporter for The Intercept, sent a FOIA Request to the Department of Defense ("DOD") on June 29, 2020. He requested copies (including electronic records) of:

   a. written agreements and reports filed under the Intergovernmental Personnel Act (IPA) for all officials appointed under this program during the period of Jan. 21, 2017 through June 25, 2020 to this agency; and

     b.  any filings related to §334.106, §334.107, §334.108 and §334.103 of the law, which include any written agreements between personnel & agency outlining the responsibilities for personnel, organization documents submitted to obtain eligibility certification under the program, and documents submitted for personnel in compliance with the IPA program, including ethics statements; and

     c.  a list of names of officials hired through the IPA program to this agency.[3]

21. Mr. Fang also asked DOD for "an exemption to any fees" because he is a member of the news media.  Attached as **Exhibit A** is a true and correct copy of the FOIA Request.

22. On July 1, 2020, DOD acknowledged receipt of the FOIA Request and assigned it case number 20-F-1304.  Attached as **Exhibit B** is a true and correct copy of this acknowledgment of receipt.  DOD stated they would "not be able to respond within the FOIA's 20-day statutory time period" due to "unusual circumstances."

23. There has been no further response from DOD.

24. On June 29, 2020, Mr. Fang sent a FOIA Request to the Securities and Exchange Commission ("SEC") for the IPA documents.  Attached as **Exhibit C** is a true and correct copy of the FOIA Request.

25. On July 1, 2020, SEC acknowledged receipt of the FOIA Request, and assigned it case number 20-01675-FOIA.  Attached as **Exhibit D** is a true and correct copy of this acknowledgment of receipt.

26. There has been no further response from SEC.

27. On June 29, 2020, Mr. Fang sent a FOIA Request to the Department of Homeland Security ("DHS") for the IPA documents.  Attached as **Exhibit E** is a true and correct copy of the FOIA Request.

28. On July 14, 2020, DHS acknowledged receipt of the FOIA Request, and assigned it case number 2020-HQFO-01360.  Attached as **Exhibit F** is a true and correct copy of this acknowledgment of receipt.  DHS wrote that they "may encounter some delay in processing our request." *Id*.

---

[3] The subject of the FOIA request will be referred to hereafter as the "IPA documents."

DAVIS WRIGHT TREMAINE LLP

1  29. There has been no further response from DHS.

2  30. On June 30, 2020, Mr. Fang sent a FOIA Request to the Office of Management and
3  Budget ("OMB"), for the IPA documents. Attached as **Exhibit G** is a true and correct copy of the
4  FOIA Request.

5  31. On June 30, 2020, OMB acknowledged receipt of the FOIA Request, and assigned
6  it case number 2020-427. *Id*.

7  32. There has been no further response from OMB.

8  33. On July 13, 2020, Mr. Fang sent a FOIA Request to the Department of
9  Transportation ("DOT"), for the IPA documents. Attached as **Exhibit H** is a true and correct copy
10  of the FOIA Request.

11  34. On July 14, 2020, DOT acknowledged receipt of the FOIA Request, and assigned it
12  case number 2020-293. Attached as **Exhibit I** is a true and correct copy of this acknowledgment
13  of receipt.

14  35. There has been no further response from DOT.

15  36. On July 13, 2020, Mr. Fang sent a FOIA Request to the Department of Health and
16  Human Services ("HHS") for the IPA documents. Attached as **Exhibit J** is a true and correct
17  copy of the FOIA request.

18  37. On July 15, 2020, HHS acknowledged receipt of the FOIA Request, and assigned it
19  case number 2020-01468-FOIA-OS. Attached as **Exhibit K** is a true and correct copy of this
20  acknowledgment of receipt.

21  38. There has been no further response from HHS.

22  39. On July 13, 2020, Mr. Fang sent a FOIA Request to the Department of the Treasury
23  ("Treasury"), for the IPA documents. Attached as **Exhibit L** is a true and correct copy of the
24  FOIA Request.

25  40. On July 16, 2020, Mr. Fang sent an email to Treasury to clarify the scope of the
26  request. He indicated he was seeking records of IPA agreements for Office of the Secretary,
27  Commissioner of Internal Revenue Service, Office of the Comptroller of the Currency, Under
28  Secretary of Terrorism and Financial Intelligence. Attached as **Exhibit M** is a true and correct

DAVIS WRIGHT TREMAINE LLP

1   copy of the email.

2   41.   On July 17, 2020, Treasury acknowledged receipt of the FOIA Request, and
3   assigned it case number 2020-07-080.  Attached as **Exhibit N** is a true and correct copy of this
4   acknowledgment of receipt.

5   42.   Treasury routed Mr. Fang's request to the Internal Revenue Service ("IRS") and to
6   the Office of the Comptroller of the Currency for processing.  *Id*.  In addition, Treasury requested
7   "additional processing extension of (10) days" to process the request.  *Id*.

8   43.   On August 13, 2020, IRS acknowledged the request to Treasury had been
9   transferred to it.  IRS stated it will initiate "a search with IRS Human Capital to locate any
10  responsive documents."  Attached as **Exhibit O** is a true and correct copy of this communication.

11  44.   On August 13, 2020, IRS assigned the FOIA request case number 2020-05601.
12  Attached as **Exhibit P** is a true and correct copy of this letter.  IRS also requested additional time
13  to respond to the request, expecting "to complete your request by October 1, 2020."  *Id.*

14  45.   On September 29, 2020, IRS requested another extension to respond to the request,
15  expecting "to complete your request by November 30, 2020."  Attached as **Exhibit Q** is a true and
16  correct copy of this response.

17  46.   There has been no further response from IRS.

## FIRST CAUSE OF ACTION

### (Violation of FOIA)

20  47.   Plaintiffs reallege and incorporate the allegations contained in the preceding
21  paragraphs as if fully set forth herein.

22  48.   Plaintiffs' FOIA Requests seek "agency" records within the Defendants' custody
23  and control.

24  49.   Defendants failed to produce any responsive records to Plaintiffs' FOIA Requests.
25  Plaintiffs have a legal right under FOIA to obtain the agency records they requested in their FOIA
26  Requests, and there exists no "exceptional circumstances" or legal basis for Defendants' failure to
27  respond to Plaintiffs' FOIA Requests and to make these records available.

28

50. Defendants' failure to make promptly available the records sought by Plaintiffs' FOIA Requests violates FOIA, 5 U.S.C. § 552(a)(3)(A) and (a)(6)(A)(ii), and applicable regulations promulgated thereunder.

51. Plaintiffs are entitled to declaratory relief finding that Defendants have violated FOIA and are immediately entitled to receive all records responsive to their request.

52. Plaintiffs are further entitled to injunctive relief, ordering Defendants to immediately produce copies of all records responsive to Plaintiffs' FOIA Requests without further delay.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request the Court award them the following relief:

A. Declare that Defendants violated FOIA in their response to Plaintiffs' FOIA Requests;

B. Order Defendants to immediately disclose the requested records to Plaintiffs and enter an injunction prohibiting Defendants from continuing to withhold the requested records;

C. Order Defendants to immediately disclose any responsive records in their possession or control to Plaintiffs;

D. Award Plaintiffs their reasonable costs and attorney's fees;

E. Grant such further relief as the Court may deem just and proper.

Dated:  November 2, 2020

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLP

                                                By:  */s/ Thomas R. Burke*
                                                            THOMAS R. BURKE

                                                Attorneys for Plaintiffs
                                                THE INTERCEPT and LEE FANG