# EXHIBIT D



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**STATION PLACE**
**100 F STREET, NE**
**WASHINGTON, DC  20549-2465**

**Office of FOIA Services**

July 01, 2020

Mr. Lee Fang
The Intercept
604 Mission street, 7th floor
San Francisco, CA 94140

          Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
               Request No. **20-01675-FOIA**

Dear Mr. Fang:

     This letter is in reference to your request, dated and
received in this office on June 29, 2020, seeking access to the
following information regarding the Intergovernmental Personnel
Act (IPA) (for ease of reference each item in your request has
been numbered):

  1. Copies of written agreements and reports filed under the
     Intergovernmental Personnel Act (IPA) for all officials
     appointed under this program during the period of January
     21, 2017 through June 25, 2020;

  2. Any filings related to §334.106, §334.107, §334.108 and
     §334.103 of the law, which include any written agreements
     between personnel and agency outlining the responsibilities
     for personnel, organization documents submitted to obtain
     eligibility certification under the program, and documents
     submitted for personnel in compliance with the IPA program,
     including ethics statements; and

  3. A list of names of officials hired through the IPA program
     to this agency

     You requested a fee waiver of all costs associated with
your request. We may waive or reduce search, review, and duplYou
also requested a fee waiver of all costs associated with your request.
We may waive or reduce search, review, and duplication fees if (A)
disclosure of the requested information is in the public interest
because it is likely to contribute significantly to public
understanding of the operations and activities of the government and
(B) disclosure is not primarily in the

Mr. Lee Fang                                          20-01675-FOIA
July 1, 2020
Page 2



        After reviewing your request, I have determined that you meet the
criteria for a fee waiver.  Therefore, your request is granted.  No
processing fees will be charged.

        If you have any questions, please contact Carl Rollins of
my staff at rollinsc@sec.gov or (202) 551-8329. You may also
contact me at foiapa@sec.gov or (202) 551-7900. You may also
contact the SEC's FOIA Public Service Center at foiapa@sec.gov
or (202) 551-7900.  For more information about the FOIA Public
Service Center and other options available to you please see the
attached addendum.

                              Sincerely,


                              Lizzette Katilius
                              FOIA Branch Chief


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov.  Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.