# EXHIBIT I



U.S. Department
of Transportation

Office of the Secretary
of Transportation

**General Counsel**

1200 New Jersey Ave., S.E.
Washington, DC 20590

7/14/2020

Lee Fang
First Look Media
604 Mission Street
7th Floor
San Francisco, CA 94105

**File No.  2020-293**

Dear Mr. Fang:

The purpose of this letter is to acknowledge receipt of your recent request for records under the Freedom of Information Act (FOIA), 5 U.S.C. 552.  You requested copies of written agreements and reports filed under the Intergovernmental  Personnel Act known as the IPA Mobility Program, for all officials at the Office of the Secretary appointed under this program during the period of Jan. 21, 2017 through July 10, 2020 to this agency; and a list of names of officials hired through the IPA program to this agency.  (**See Request**)

Please be advised that all FOIA requests will be handled on a first-in/first-out basis.  Your request will be addressed in the order it was received.  We regret any inconvenience caused by the delay.

Processing fees may apply for FOIA requests as set forth in the Department of Transportation's (DOT) FOIA regulation (49 CFR Part 7.41).

If you have questions concerning your request, please call our FOIA Request Service Center at (202) 366-4542.

Sincerely,

*Darlene A. Wallace*

Darlene A. Wallace
Office of the Secretary
FOIA Program Assistant