# EXHIBIT M



**Lee Fang <lee.fang@firstlookmedia.net>**

---

## 2020-07-080 Request for Feedback Regarding FOIA Request Submitted to the Department of the Treasury

2 messages

---

**Cawana.Pearson@treasury.gov** <Cawana.Pearson@treasury.gov>                      Thu, Jul 16, 2020 at 9:46 AM
To: lee.fang@firstlookmedia.net

Hi Mr. Fang,


I hope all is well.  My name is Cawana Pearson and I work for the Department of the Treasury and I am in receipt of your FOIA request outlined below.  I was asked by one of our program offices to confirm if you are interested in records specific to the Office of the Secretary or Departmental Offices.


**OUTLINE OF THE REQUEST**


I am requesting copies of written agreements and reports filed under the Intergovernmental Personnel Act (IPA), known as the IPA Mobility Program, for all officials at the Office of the Secretary appointed under this program during the period of Jan. 21, 2017 through July 10, 2020 to this agency.


I look forward to your feedback


Thank you,



Cawana Pearson

FOIA Case Manager, FOIA and Transparency

Privacy, Transparency, and Records

U.S. Department of the Treasury

Telephone: 202-622-3503

Email: cawana.pearson@treasury.gov

---

**Lee Fang** <lee.fang@firstlookmedia.net>                    Thu, Jul 16, 2020 at 9:58 AM
To: Cawana.Pearson@treasury.gov

Hi Cawana, thank you for the email. I am seeking IPA agreements for the following: Office of the Secretary, Commissioner of Internal Revenue Service, Office of the Comptroller of the Currency, Under Secretary of Terrorism and Financial Intelligence.

Please do not hesitate to reach out for any further clarification or questions about my request. Thank you for the assistance on my request.

[Quoted text hidden]