# EXHIBIT N



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

July 17, 2020

Re:  2020-07-080

Mr. Lee Fang
The Intercept
6-04 Mission Street – 7th Floor
San Francisco, CA  94195

Email: lee.fang@firstlookmedia.net

Dear Mr. Fang:

This concerns your Freedom of Information Act (FOIA) request submitted to the Department of the Treasury, dated, July 13, 2020.  You seek, "copies of written agreements and reports filed under the Intergovernmental Personnel Act (IPA), known as the IPA Mobility Program, for all officials at the Office of the Secretary appointed under this program during the period of Jan. 21, 2017 through July 10, 2020 to this agency. You further indicate, "I am seeking any filings related to §334.106, §334.107, §334.108 and §334.103 of the law, which include any written agreements between personnel & agency outlining the responsibilities for personnel, organization documents submitted to obtain eligibility certification under the program, and documents submitted for personnel in compliance with the IPA program, including ethics statements. In addition, you also seeking a list of names of officials hired through the IPA program to this agency.

In an e-mail dated, July 17, 2020, you clarified the scope of you request, by indicating, you seek IPA agreements for the following: Office of the Secretary, Commissioner of Internal Revenue Service, Office of the Comptroller of the Currency, Under Secretary of Terrorism and Financial Intelligence.

I have initiated a search within Departmental Offices (DO), for records that would be responsive to your request.  I will make every effort to provide you with a timely response; however, please be advised that unusual circumstances exist regarding the search for and review of potentially responsive records.  The unusual circumstances  are due to the consultation required between two or more program offices and/or a search is expected to result in voluminous records and/or a search is required to be conducted for records stored in field offices or warehouses off site; therefore,  an additional processing extension of (10) days is required to process your request.  As with all FOIA requests, I invite you to consider contacting our office to discuss limiting the scope of your request which could significantly reduce the processing time of your request.

You may seek dispute resolution services from our Treasury FOIA Public Liaison by contacting Paul Levitan, Director, FOIA and Transparency at (202) 622-8098 or email FOIAPL@treasury.gov.

A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation. If you wish to contact OGIS, you may contact the agency directly at the following address, emails, fax or telephone numbers:

>Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Telephone: 202-741-5770
Toll free: 1-877-684-6448
Fax: 202-741-5769

Your request has also been routed to the Internal Revenue Service (IRS) and the Office of the Comptroller of the Currency (OCC), for processing and direct response to you. Further inquiries to IRS and OCC should be forwarded to the address below:

>Internal Revenue Service
IRS FOIA Request, Stop 211
P.O. Box 621506
Atlanta, GA  30362-3006

>Office of the Comptroller of the Currency
Suite 3-E218
400 7the Street, S.W.
Washington, D.C.  20219

You may reach me concerning the processing of your request within Departmental Offices via telephone at 202-622-0930, extension 2; or via email at FOIA@treasury.gov.  Please reference the FOIA number at the top of the page when contacting our office about this request.

    Sincerely,

*Cawana Pearson*

    Cawana Pearson
    FOIA Case Manager, FOIA and Transparency
    Privacy, Transparency, and Records (PTR)