# EXHIBIT Q

| | |
|---|---|
|  **Department of the Treasury**<br>**Internal Revenue Service**<br>**Privacy, Governmental Liaison and Disclosure**<br>**Centralized Processing Unit**<br>Stop 93A<br>PO Box 621506<br>Atlanta, GA 30362<br><br>Lee Fang<br>First Look Media<br>604 Mission Street, 7Th Fl.<br>San Francisco, CA 94105 | **Date:**<br>September 29, 2020<br>**Employee name:**<br>John Quigley<br>**Employee ID number:**<br>1000247712<br>**Telephone number:**<br>510-907-5337<br>**Fax number:**<br>855-205-9335<br>**Case number:**<br>2020-05601<br>**Re:** FOIA Request |

Dear Lee Fang:

This is in response to your Freedom of Information Act (FOIA) request dated July 17, 2020, received in our office on July 17, 2020.

You asked for copies of written agreements and reports filed under the Intergovernmental Personnel Act from January 21, 2017 and July 10, 2020.

I sent you a letter on August 13, 2020, requesting additional time to search for and review the records requested in your Freedom of Information Act (FOIA) request.

I need additional time to search for and review records. I expect to complete your request by November 30, 2020. Please consider contacting me to arrange an alternative time frame for processing the request or limit the scope or your FOIA request, which may reduce the time in processing your request.

Please be aware that extending the time for responding to your request will not delay or postpone any administrative, examination, investigation, or collection action.

You have the right to file suit for a judicial review. You can file suit after August 28, 2020. File your suit in the U.S. District Court:

- Where you reside, or have your principal place of business,
- Where the records are located, or
- In the District of Columbia

Rule 4(i)(1)(C), of the Federal Rules of Civil Procedure, also requires you send IRS a copy of the summons and complaint as well as to the Attorney General and the United States Attorney for the district in which the action is brought. You must send the IRS copies, by registered or certified mail, to:

Commissioner of Internal Revenue
Attention: CC: PA: Br 6/7

1111 Constitution Avenue, NW
Washington, D.C. 20224

I apologize for any inconvenience this delay may cause.

If you would like to discuss our response, you have the right to contact the FOIA public liaison, Summer Sutherland, at 801-620-2149.

The FOIA Public Liaison responds to FOIA requests for copies of documents maintained by the IRS. There is no provision in the FOIA to resolve tax, collection, or processing issues. If you need assistance with tax-related issues, you can call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

If you have questions, you can contact the person at the telephone number at the top of this letter.

Sincerely,

David Nimmo
Disclosure Manager
Disclosure Office 13