AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| THE INTERCEPT and LEE FANG, | ) ) ) ) ) ) ) ) ) ) ) ) | |
|---|---|---|
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 3:20-cv-07739 |
| DEPARTMENT OF DEFENSE; SECURITIES AND EXCHANGE COMMISSION; DEPARTMENT OF HOMELAND SECURITY; OFFICE OF MANAGEMENT AND BUDGET; DEPARTMENT OF TRANSPORTATION; DEPARTMENT OF HEALTH AND HUMAN SERVICES; INTERNAL REVENUE SERVICE; and, DEPARTMENT OF TREASURY, | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
See Attachment to Summons in a Civil Action.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas R. Burke
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA  94111

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                               *Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

**Attachment to Summons in a Civil Action**

Department of Defense
1400 Defense Pentagon
Washington, DC  20301-1400

Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549

Securities and Exchange Commission
Office of FOIA Services
c/o Barry Walters, Chief FOIA/PA Officer
100 F Street NE
Washington, DC  20549-2736

Department of Homeland Security
Office of the General Counsel
2707 Martin Luther King Avenue, SE
Stop 0485
Washington, DC  20528

Department of Homeland Security
c/o Chief Privacy Officer/Chief FOIA Officer
The Privacy Office
245 Murray Lane SW - STOP-0655
Washington, DC 20528-0655

Office of Management and Budget
725 17th Street, NW
Washington, DC  20503

Office of Management and Budget
c/o Dionne Hardy, FOIA Officer
725 17th Street NW, Room 9204
Washington, DC  20503

Department of Transportation
1200 New Jersey Ave, SE
Washington, DC  20590

Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC  20201

Department of Health and Human Services
c/o Ryan Murphy, Acting Chief FOIA Officer
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, DC  20201

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC  20224

Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC 20220

Department of the Treasury
FOIA and Transparency
c/o Ryan Law, Director
Washington, DC 20220

Department of the Treasury
c/o David F. Eisner
Chief FOIA Officer
1500 Pennsylvania Ave., N.W.
Washington, DC  20220

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Attachment to Summons in a Civil Action**

Department of Defense
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Securities and Exchange Commission
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Department of Homeland Security
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Office of Management and Budget
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Department of Transportation
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Department of Health and Human Services
c/o David . Anderson, USAO
United Sates Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Internal Revenue Service
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Department of the Treasury
c/o David L. Anderson, USAO
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102